EUGENE FLEMATE, State Bar No. 057011
LAW OFFICES OF EUGENE FLEMATE
552 N. Second Street
San Jose, CA 95112
Telephone: (408) 298-7700
Facsimile: (408) 298-7715
DME1.505

Attorney for Plaintiff MARIAN E. DEAN

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware
1/20/2010

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIAN E. DEAN, <br><br> Plaintiff, <br><br> v. <br><br> ANN MILLER RAVEL, ALICE WHEATLEY, LORI E. PEGG, BRIAN McKENNA, THE COUNTY OF SANTA CLARA and DOES 1 through 20, <br><br> Defendants. | Case No. C09-04630 JW (PVT) <br><br> **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND TO PLAINTIFF'S MOTION FOR REMAND AND FOR CONTINUANCE OF HEARINGS; ORDER THEREON** |

WHEREAS, Defendants have filed a motion to dismiss which is currently scheduled for hearing on December 11, 2009 at 9:00 a.m., and

WHEREAS, Plaintiff has filed a motion for remand which is also scheduled for hearing on December 11, 2009 at 9:00 a.m., and

WHEREAS, November 20, 2009 is the time set for filing opposition to said motions and the Plaintiff needs additional time to respond to the motion to dismiss, and

WHEREAS, a case management conference is currently set for Friday, January 29, 2010 at 10:30 a.m.

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-

---

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS'
MOTION TO DISMISS AND TO PLAINTIFF'S MOTION FOR REMAND AND FOR
CONTINUANCE OF HEARINGS; ORDER THEREON.
PAGE 1.

entitled action, by their respective counsel, that the hearing on the respective motions be continued to January 29, 2010 at 9:00 a.m. and that the time for filing opposition to said motions be extended from November 20, 2009 to January 8, 2010.

Dated: November 18, 2009

LAW OFFICES OF EUGENE FLEMATE

By _____
EUGENE FLEMATE

Attorneys for Plaintiff MARIAN DEAN

Dated: November 18, 2009

McPHARLIN, SPRINKLES & THOMAS LLP

By: _____
ANNE C. STROMBERG

Attorney for Defendants
ANN MILLER RAVEL, ALICE WHEATLEY,
LORI E. PEGG, BRIAN McKENNA and THE
COUNTY OF SANTA CLARA

**IT IS SO ORDERED AS MODIFIED**

PURSUANT TO STIPULATION OF THE PARTIES, IT IS ORDERED that hearing on Plaintiff's motion for remand and Defendants' motion to dismiss is VACATED and the motions TERMINATED. The shall re-file and notice their motions before Judge James Ware pursuant to the case reassignment. The Court set a Case Management Conference for April 5, 2010 at 10:00 AM. The parties shall file a joint case management conference statement on or before March 26, 2010.

Dated: January 20, 2010

_____
UNITED STATES DISTRICT JUDGE

---

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS'
MOTION TO DISMISS AND TO PLAINTIFF'S MOTION FOR REMAND AND FOR
CONTINUANCE OF HEARINGS; ORDER THEREON,
PAGE 2.